# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DAWN MORRIS, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 18:CV-03219-SRB ) |
| MOON RIDGE FOODS, LLC, | ) ) ) |
| and | ) ) |
| HERITAGE FOODS HOLDINGS, LLC, | ) ) ) |
| and | ) ) |
| VERO FOODS, LLC, | ) ) ) |
| Defendants. | ) |

**FINAL ORDER APPROVING SETTLEMENT AGREEMENT PURSUANT TO FED. R. CIV. P. 23 AND GRANTING RELATED RELIEF**

The Court has considered the Joint Motion for an Order: (1) preliminarily approving the *Settlement Agreement and Release* (the "Settlement Agreement")[1] between Plaintiff Dawn Morris (the "Plaintiff"), on behalf of herself and the Class (the "Class"), on the one hand, and Defendants Heritage Foods Holdings, LLC ("Heritage") and Vero Foods, LLC ("Vero" and together with Heritage, the "Non-Moon Ridge Defendants"), by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 23; (2) approving the form and manner of notice to the Class (the "Settlement Class Notice"); (3) scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement; and (4) finally Approving the

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings provided in the Joint Motion. Terms not otherwise defined in the Joint Motion shall have the meanings given in the Settlement Agreement.

Settlement (the "Joint Motion"). (Doc. #82.) The Plaintiffs, Non-Moon Ridge Defendants and the Class will collectively be referred to herein as the "Parties."

The Court finds:

A. The Court entered an Order on May 13, 2020, granting preliminary approval of the Settlement Agreement and approving the form and manner of notice of the Settlement Agreement and the deadline for objections to be given to all Class members;

B. Due notice has been given to the Class of the proposed Settlement Agreement, the right to object to the proposed Settlement Agreement and the right to appear in person or by counsel at the fairness hearing; and no other and further notice is required and such notice is deemed proper and sufficient under the circumstances;

C. There were no objections to the Settlement by members of the Class;

D. The Court held a fairness hearing on July 31, 2020, to consider final approval of the Settlement Agreement;

E. All Class Members are bound by this Order and the terms of the Settlement Agreement;

F. The terms of the Settlement Agreement are fair, reasonable and adequate under Federal Rule of Civil Procedure 23 and the law of this Circuit;

G. The Settlement Agreement was negotiated at arm's length and in good faith, is fair, equitable and in the best interests of the Parties; and

J. Other good and sufficient cause exists for granting the relief requested in the Joint Motion.

IT IS HEREBY ORDERED THAT:

1. The Joint Motion (Doc. #82) is GRANTED and the Settlement Agreement,

attached to the Joint Motion, is APPROVED pursuant to Federal Rule of Civil Procedure 23. The Parties are authorized to implement and consummate the terms of the Settlement Agreement.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2020