**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| DAWN MORRIS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 18-cv-03219-SRB |
| ) | |
| MOON RIDGE FOODS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

> **IT IS ORDERED AND ADJUDGED** pursuant to this Court's order dated March 19, 2020 that
>
> the Motion by Plaintiff Morris and Plaintiff Class for Summary Judgment as to Liability of Defendant Moon Ridge Foods, LLC, and for Order Setting Subsequent Procedure for Ascertaining the Amount of Monetary Relief for a Final Judgment (Doc. #61) is GRANTED.
>
> **IT IS FURTHER ORDERED AND ADJUDGED** pursuant to this Court's order dated May 12, 2020 that
>
> Plaintiffs' request for damages in its Submission Quantifying the Monetary Relief Requested Under the WARN Act (Doc. #75) is GRANTED. The Court hereby awards damages to the Plaintiff Class in the amount of $1,288,715.71.

| | |
|---|---|
| August 4, 2020 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |